**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

<table>
<tr>
<td>

In re:

Nicole Jacqueline Levesque,

        Debtor

</td>
<td>

Chapter 7
Case No. 26-10012

</td>
</tr>
</table>

**ORDER DENYING REQUEST TO RECONSIDER**

On May 21, 2026, Nicole Jacqueline Levesque filed a document asking the Court to reconsider its decision to withhold approval of a reaffirmation agreement between Ms. Levesque and OneMain Financial Group, LLC.   The Court construed Ms. Levesque's request as a motion [Dkt. No. 42].   Ms. Levesque later supplemented that motion with more information [Dkt. No. 45].

On June 16, 2026, the Court held a hearing on the matter.   Ms. Levesque reported then that she and her daughter now have full-time jobs.   And thus, the financial situation of her household has improved.   Perhaps, with the increased income, the reaffirmation agreement would not impose an undue hardship on Ms. Levesque or her dependents at this time.   But, even if that is correct, the Court would still be unable to approve the agreement.

The agreement would require 116 months—nearly 10 years—of payments for a vehicle that is already 12 years old (a 2014 Ford Focus).   Such a repayment period would almost certainly extend well past the useful life of the vehicle.   Such a lengthy repayment period for an already dated vehicle would not be in Ms. Levesque's best interest.   And so, the Court cannot approve the agreement.   *See* 11 U.S.C. § 524(c)(6)(A)(ii).

Dated: June 30, 2026

_____
Michael A. Fagone
United States Bankruptcy Judge
District of Maine

1